Form No. 81:4 Petition for Writ of Habeas Corpus
objections to Prison Conditions or Regulations

United States District Court  5-16-20
Bureau of Prisons - District of - North East Region

FILED - USDC-NH
2020 MAY 19 PM 12:59

Louis B. Tobin
   Petitioner

                    VS.

B.O.P. N.E. Region
Name of Respondent

Petition of Writ
of Habeas Corpus
For the Bureau of Prisons District of NorthEast Region
     The Petition of Louis B. Tobin shows:

1. The petitioner is now in the custody of Bureau of Prisons, under Sentence for conspiracy to Distribute Heroin, rendered by the U.S. District court for the North East District of Vermont

2. Since Petitioners Confinement began at the Strafford County house of Corrections, petitioner has been deprived of his constitutional rights in connection with a disiplinary infraction for - Prohibited act code 102 (Escape from community confinement) on 8-15-19 at 5:49 AM By Hampshire House Staff member Nathan Collins.
   After which petitioner was unconstitutionally subjected to loss of Good time credits

(1)

3. Petitioners constitutional rights were denied in connection with this disciplinary hearing and decision in that

Due process clause of the 5th Ammendment of the constitution of the USA provides "No person shall be deprived of life, liberty, or property without due process of the Law. Federal inmates possess a liberty interest in good conduct time. See Wolff v. McDonell. 418 U.S. 539 Decided 6-26-74

Policy statement 7400.5D:
The B.O.P. statement outlines the steps which must be taken to forfeit Good time.

(E) "Escapes from Community Centers" directs prison officials to conduct a hearing immediately when an escape is involved. It indicates that a hearing may be held in a prisoners absence and his good time forfeited in whole or part subject to a later hearing after his recapture or other mitigating factors. Upon return to federal custody, the prisoner is informed of the good time forfeture and given an opportunity to present evidence at a hearing, that must be held in a reasonable amount of time.

The hearing officer was personally prejudiced against petioner and prevented petioner the rite to any notice of disiplinary action and denied his rights per B.O.P. policy to a hearing.

(2)

4. This court has jurisdiction pursuant to 28 USC 2241.

5. Petitioner has exhausted all appeals available to him under regulations and has no remedy other than this application for a writ of habeas corpus to correct the illegal and unconstitutional additional burdens to his confinement. (Attached) Find an Appeal sent to RRC Philadelphia North East Division on 2-17-20, Almost 60 days were allotted for a reply and none was recieved by plantif.

## Prayer

For the reasons stated, Petitioner prays that:

A - This court issue a writ of Habeas Corpus directed to The Bureau of Prisons North East District commanding them to produce the body of the petitioner Louis B Tobin before this court at a time and place to be specified in the writ.

B - This court conduct a hearing on the depravation of the petitioners constitution rights set out in this petition and following that hearing:

C - This court set aside and void Loss of good time credits illegally taken from petitioner, and all good conduct times returned to plaintiff immediately.

See 4 pieces of proof and evidence enclosed. 1. Appeal showing proof of a exhastion of administrative remidies. 2,3,4, - Prohibited Act paperwork only recieved via discovery paperwork as a result of a criminal complaint from a related ~~~~ escape charge.

Sincerely and
Respectfully

Louis B. Tobin
DOB: 2-14-87
SS# 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

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Tobin Louis B  11723-082  H  S.C.H.O.C.
LAST NAME, FIRST, MIDDLE INITIAL  REG. NO.  UNIT  INSTITUTION

Part A - REASON FOR APPEAL  Good conduct time taken in violation of my rite to due process. On 7-3-19 I was released from federal prison to a Fed. Halfway house in Manchester, NH. While there I lost no good conduct time. On 8-15-19 I went on escape status (Never got shot or DHO Hearing) and was rearested on 8-28-19. I understand that my RDAP year off and the 13 days I was on "Escape status" was added to my sentence to make my release date 12-4-19, which was reiterated to me by my caseworker in September of 2019. 3 months later I had my release date checked again and my release date was changed to 2-24-21. I recieved no incident reports since my incarceration in August of 2019, None at all. So: Due process Clause of the 5th Ammendment of the constitution of the USA provides "No person shall be deprived of life, liberty, or property without due process of the law, Federal inmates possess a liberty interest in good conduct time. See Wolff v. Mcdonell. — So please return any and all good conduct time that was taken in 2019 for Alleged prohibited Acts (60+ Days) As I never recieved recieved any loss of good time in 2019, Never recieved any incident reports or DHO Hearing since August 15th 2019. Ive been in Jail since 8-28-19 now which is more than enough time to have caught up with me on any DHO hearings. Please return the Good conduct time that was taken illegally. Thanks

2-17-20
DATE - Mailed
SIGNATURE OF REQUESTER

Part B - RESPONSE

Exhibit Y

DATE  REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE  CASE NUMBER: _____

Part C - RECEIPT

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL  REG. NO.  UNIT  INSTITUTION
SUBJECT: _____

DATE  SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN  BP-230(13) JUNE 2002

1. Name of CCC: Hampshire House

## Part I - Incident

| 2. Name of Offender | 3. Register Number | 4. Date of Incident | 5. Time |
|---|---|---|---|
| Tobin 3621E, Louis | 11723-082 PR | 08/15/2019 | 1:13 AM |

| 6. Place of Incident | 7. Component | 8. Type of Offender |
|---|---|---|
| hampshire house | PRE RELEASE | FBOP |

| 9. Incident | 10. Prohibited Act Code 102 |
|---|---|
| Escape from escort; escape from any secure or non-secure institution, including community confinement; escape from unescorted community program or activity; escape from outside a secure institution. | |

**11. Description of Incident (Date/Time)**    08/15/2019 01:13    staff became aware of incident)

On August 15, 2019 at approximately 1:05 am while conducting a routine building walkthrough I entered the B-3 bathroom on the third floor where MANNING, Lee REG#09808-082 was standing and TOBIN, Louis REG#11723-082 was sitting on the counter top on the left sink in the same bathroom. Upon entering further into the bathroom I saw a smart phone behind Mr. Tobin and a pack of cigarettes under the sink where Mr. Tobin was. I then asked Mr. Tobin to go to the front desk. He then exited the bathroom and went towards his room. A few minutes later he went downstairs and once we got to the first floor he walked out of the facility door and started running away. At no point in time did Mr. Tobin sign out at the front desk as required or request permission to leave.

For leaving Hampshire House without permission, TOBIN, Louis (REG#11723-082) is in direct violation of prohibited acts code 102: Abscond (Greatest Severity) Escape from escort; escape from any secure or non-secure institution, including community confinement; escape from unescorted community program or activity; escape from outside a secure institution.

| 12. Signature of Reporting Employee | Date and Time | 13. Name and Title(printed) |
|---|---|---|
| | 8/15/19 5:49 AM | Nathan Collins /Program Monitor |

| 14. Incident Report Delivered to Above Offender by | 15. Date Incident Report Delivered | 16. Time Incident Report Delivered |
|---|---|---|
| | | |

(Continued Below)

Record Copy - Central File Record; Copy - DHO; Copy - Inmate After UDC Action; Copy - Inmate Within 24 Hours Of Part I Preparation

This Form May Be Replicated Via WP)     Replaces BP-205.073 Of
MAR 94





17. Comments of Inmate to CDC Regarding Above Incident

| 18. A. It is the finding of the CDC That You:<br><br>___ Committed the following Prohibited Act<br><br>___ Did not commit a prohibited Act. | B. ___ The CDC is referring the charge(s) to the DHO For Further hearing<br><br>C. ___ The CDC advised the offender of its finding and of the right to file an appeal within 20 calendar days |
|---|---|

19. Committee Decision Is Based On The Following Information

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act)

Exibit 3

21. Date and Time of Action          (The CDC Chairperson's signature next to name certifies who sat on the UDC that the completed report accurately reflects the CDC procedings.)

_____          _____          _____
Chairperson(Typed Name/Signature)    Member (Typed Name) (7)      Member (Typed Name)

## Part III - Investigation

**22. Date and Time Investigation Began**

**23. Offender Advised Of Right To Remain Silent:** You Are Advised Of Your Right To Remain Silent At All Stages Of The Disciplinary Process But Are Informed That Your Silence May Be Used To Draw An Adverse Inference Against You At Any Stage Of The Institutional Disciplinary Process. You Are Also Informed That Your Silence Alone May Not Be Used To Support A Finding That You Have Committed A Prohibited Act.

The Offender was advised of the above right by _____ At(Date/Time) _____

**24. Offender Statement and Attitude**

**25. Other Facts About The Incident, Statements Of Those Persons Present At Scene, Disposition Of Evidence, Etc.**

**26. Investigator's Comments And Conclusion**

**27. Action Taken**

Exhibit 4

Date and Time Investigation Completed _____

Printed Name/Signature of Investigator _____

(8)

Louis Tobin
Strafford County
House of Corrections.
266 County Farm Rd
Dover, NH.
03820

MAILED FROM
STRAFFORD COUNTY DOC
MAIL HAS NOT BEEN CENSORED

MANCHESTER NH 030
18 MAY 2020 PM 1 L

Court Clerk
Federal Court House
55 Pleasant St.
Concord, NH.
03301

FILED - USDC-NH
2020 MAY 19 PM 12:59

03301-395499